```
 1  State Bar No. 58874
 2  BORTON PETRINI, LLP
    535 Pacific Avenue, Suite 201
 3  San Francisco, California  94133
    Telephone (415) 677-0730
 4  Facsimile (415) 677-0737

 5  Attorneys for Defendants
    RIVER ROCK CASINO (Dry Creek Rancheria
 6  Band of Pomo Indians of California)
    and VERN JENKINS
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TAYLOR, | No. C 07-01215 BZ |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| RIVER ROCK CASINO, VERN JENKINS and DOES 1-20, | Ctrm: G<br>Judge: Hon. Bernard Zimmerman |
| Defendants. | |

The parties hereby stipulate by their respective undersigned counsel that defendants may have a 10 day extension of time to and including May 25, 2007, within which to file their response to plaintiff's Complaint herein.

DATED: May 15, 2007

                    BORTON PETRINI, LLP

                    By _____
                    David H. Bremer,
                    Attorneys for Defendants
                    RIVER ROCK CASINO (Dry Creek Rancheria
                    Band of Pomo Indians of California)
                    and VERN JENKINS

///

///

1

STIPULATION                     Case No. C 07 1215 BZ

1  DATED: May 15, 2007

2                              LAW OFFICES OF GREGORY CHANDLER

3

4                              By_____
                                  Gregory Chandler,
5                                 Attorneys for Plaintiff
                                  ALVIN TAYLOR
6

7      Pursuant to the foregoing Stipulation by and between the
8  parties it is hereby ordered that defendants have to and including
9  May 25, 2007, within which to file their responsive pleading to
10 plaintiff's Complaint herein.
11 DATED: May 15, 2007
12
13                              _____
                                Hon. Bernard Zimmerman
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2
STIPULATION                                           Case No. C 07 1215 BZ