UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN TAYLOR, | ) | |
| Plaintiff(s), | ) | No. C07-1215 BZ |
| v. | ) | **BRIEFING ORDER** |
| RIVER ROCK CASINO, et al., | ) | |
| Defendant(s). | ) | |

Having received defendants' motion to dismiss plaintiff's complaint, **IT IS ORDERED** as follows:

1. Plaintiff shall accept or decline magistrate judge jurisdiction in writing by **Friday, June 8, 2007**;

2. Plaintiff's opposition to defendants' motion, if any, shall be filed by **Friday, June 15, 2007**;

3. Defendants' reply, if any, shall be filed by **Friday, June 22, 2007**;

4. The hearing remains scheduled for **Wednesday, July 11, 2007.**

Dated:  May 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Taylor v. River Rock Casino\BRIEFING ORDER.wpd

1