```
1  David H. Bremer
   State Bar No. 58874
2  BORTON PETRINI, LLP
   535 Pacific Avenue, Suite 201
3  San Francisco, California  94133
   Telephone (415) 677-0730
4  Facsimile (415) 677-0737

5  Attorneys for Defendants
   RIVER ROCK CASINO (Dry Creek Rancheria
6  Band of Pomo Indians of California)
   and VERN JENKINS
7
```

FILED
JUN 7 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TAYLOR, | No. C 07-01215 BZ |
| Plaintiff, | **STIPULATION TO DEFER PROCEEDINGS** |
| vs. | Ctrm: G |
| RIVER ROCK CASINO, VERN JENKINS and DOES 1-20, | Judge: Hon. Bernard Zimmerman |
| Defendants. | |

The parties hereby stipulate by their respective undersigned counsel that the Initial Case Management Conference scheduled for June 11, 2007, and all other proceedings may be deferred until this Court has ruled upon defendant's pending Motion to Dismiss Plaintiff's Complaint herein.

DATED: June 5, 2007

BORTON PETRINI, LLP

By _____
David H. Bremer,
Attorneys for Defendants
RIVER ROCK CASINO (Dry Creek Rancheria Band of Pomo Indians of California) and VERN JENKINS

Copies Mailed to Parties of Record

///

1  DATED: June 6, 2007

2  LAW OFFICES OF GREGORY CHANDLER

4  By _____
     Gregory Chandler,
     Attorneys for Plaintiff
     ALVIN TAYLOR

7  Pursuant to the foregoing Stipulation by and between the
8  parties it is hereby ordered that the Initial Case Management
9  Conference scheduled for June 11, 2007, and all other proceedings
10 may be deferred until this Court has ruled upon defendant's pending
11 Motion to Dismiss Plaintiff's Complaint herein.
12 DATED: June 7, 2007

   _____
   Hon. Bernard Zimmerman