UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN TAYLOR, | ) | |
| Plaintiff(s), | ) | No. C07-1215 BZ |
| v. | ) | **FINAL JUDGMENT** |
| RIVER ROCK CASINO, et al., | ) | |
| Defendant(s). | ) | |

The motion to dismiss by defendants River Rock Casino and Vern Jenkins having been granted by order dated July 10, 2007, **IT IS ORDERED** and **ADJUDGED** that plaintiff Alvin Taylor take nothing, that the action be dismissed and that defendants River Rock Casino and Vern Jenkins recover of plaintiff Alvin Taylor their costs of action.

Dated: July 10, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Taylor v. River Rock Casino\JUDGMENT.wpd

1